ELISE D. KLEIN, SB# 111712
 E-Mail: klein@lbbslaw.com
JANELLE F. GARCHIE, SB# 118453
 E-Mail: garchie@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
650 West "C" Street, Suite 800
San Diego, California 92101
Telephone: (619) 233-1006
Facsimile: (619) 233-8627

Attorneys for HEALTH NET OF CALIFORNIA, INC.

FILED
2008 MAR -3 PM 4:18
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDA SUSSMAN,<br><br>Plaintiff,<br><br>v.<br><br>ARMELIA SANI, M.D., SHILEY EYE CENTER, UCSD MEDICAL CENTER, REGENTS OF THE UNIVERSITY OF CALIFORNIA, HEALTH NET, INC., HEALTH NET SENIORITY PLUS, LINDA BEACH, HAIDEE GUTIERREZ, and DOES 1 through 40, inclusive,<br><br>Defendants. | CASE NO. '08 CV 0392 H BLM<br><br>**CERTIFICATION OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT** |

I, JANELLE F. GARCHIE, certify and declare as follows:

1.   I am an attorney at law licensed to practice before all of the courts of the State of California and the United States District Court for the Southern District of California. I am a partner of the law firm of Lewis, Brisbois, Bisgaard & Smith LLP, attorneys of record for defendant Health Net of California, Inc. ("Health Net") in the above-entitled action. I have personal knowledge of the following facts and could and would testify competently to them under oath.

2.   On March 3, 2008, I caused to be filed with the Clerk of the Superior Court of the State of California for the County of San Diego, a copy of defendant

1  Health Net's Notice that Action has been Removed to Federal Court, which included
2  a copy of the Complaint, by leaving such copy with a deputy clerk of the Court.  A
3  true and correct copy of the file stamped copy of Health Net's Notice that Action has
4  been Removed to Federal Court is attached hereto as Exhibit "A."
5       I declare under penalty of perjury under the laws of the State of California and
6  the United States that the foregoing is true and correct.
7       Executed this 3rd day of March 2008, at San Diego, California.

*[signature]*
JANELLE F. GARCHIE

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

EXHIBIT A

1  ELISE D. KLEIN, SB# 111712
   E-Mail: klein@lbbslaw.com
2  JANELLE F. GARCHIE, SB# 118453
   E-Mail: garchie@lbbslaw.com
3  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   650 West "C" Street, Suite 800
4  San Diego, California 92101
   Telephone: (619) 233-1006
5  Facsimile: (619) 233-8627

6  Attorneys for Defendant
   HEALTH NET OF CALIFORNIA, INC.

7

8           SUPERIOR COURT OF THE STATE OF CALIFORNIA

9           COUNTY OF SAN DIEGO - CENTRAL DIVISION - HALL OF JUSTICE

10

11 FREDA SUSSMAN,                        ) CASE NO. 37-2007-00081655-CU-MM-CTL
                                         )
12           Plaintiff,                  )
                                         ) **NOTICE THAT ACTION HAS BEEN**
13     v.                                ) **REMOVED TO FEDERAL COURT**
                                         )
14 ARMELIA SANI, M.D., SHILEY EYE        )
   CENTER UCSD MEDICAL CENTER,           )
15 REGENTS OF THE UNIVERSITY OF          )
   CALIFORNIA, HEALTH NET, INC.,         )
16 HEALTHNET SENIORITY PLUS, LINDA       )
   BEACH, HAIDEE GUTIERREZ, and          )
17 DOES 1 through 40, inclusive,         )
                                         ) Action Filed: November 13, 2008
18           Defendants.                 )
                                         )

4849-5855-8210.1

-1-
NOTICE THAT ACTION HAS BEEN REMOVED TO FEDERAL COURT

1  TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  NOTICE IS HEREBY GIVEN that on March 3, 2008, Defendant Health Net of California,
3  Inc. ("Health Net") removed this action to the United States District Court for the Southern District
4  of California. A true and correct copy of the Notice of Removal of Action Under 28 U.S.C. section
5  1441(b) (Federal Question) that Health Net filed in the federal court is attached hereto as Exhibit
6  "A."

7

8  DATED: March 3, 2008        **LEWIS BRISBOIS BISGAARD & SMITH LLP**

9

10
11        BY: _____
              Elise D. Klein
12            Janelle F. Garchie
              Attorneys for Defendant, HEALTH NET OF
13            CALIFORNIA, INC.

*(Left margin: LEWIS BRISBOIS BISGAARD & SMITH LLP, 221 NORTH FIGUEROA STREET, SUITE 1200, LOS ANGELES, CALIFORNIA 90012-2601, TELEPHONE (213) 250-1800)*

4849-5855-8210.1

NOTICE THAT ACTION HAS BEEN REMOVED TO FEDERAL COURT