ELISE D. KLEIN, SB# 111712
E-Mail: klein@lbbslaw.com
JANELLE F. GARCHIE, SB# 118453
E-Mail: garchie@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
650 West "C" Street, Suite 800
San Diego, California 92101
Telephone: (619) 233-1006
Facsimile: (619) 233-8627

Attorneys for HEALTH NET OF CALIFORNIA, INC.

FILED
2008 MAR -3 PM 4:18
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDA SUSSMAN,<br><br>Plaintiff,<br><br>v.<br><br>ARMELIA SANI, M.D., SHILEY EYE CENTER, UCSD MEDICAL CENTER, REGENTS OF THE UNIVERSITY OF CALIFORNIA, HEALTH NET, INC., HEALTH NET SENIORITY PLUS, LINDA BEACH, HAIDEE GUTIERREZ, and DOES 1 through 40, inclusive,<br><br>Defendants. | CASE NO. 08 CV 0392 H BLM<br><br>**DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1** |

TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Health Net of California, Inc. is a subsidiary of Health Net, Inc. Legg Mason, Inc. is the only entity that owns more than 10% of the shares of Health Net, Inc.

///
//
/

Lewis Brisbois Bisgaard & Smith LLP
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012-2601
Telephone (213) 250-1800

4853-0760-3202.1

-1-
DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

| | |
|---|---|
| 1  DATED: March 3, 2008 | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| 2 | |
| 3 | |
| 4 | By _____<br>Elise D. Klein<br>Janelle F. Garchie<br>Attorneys for HEALTH NET OF CALIFORNIA, INC. |

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

4853-0760-3202.1

-2-

DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1