RICHARD B. WOLF, SB# 046173
  E-Mail: rwolf@lbbslaw.com
ELISE D. KLEIN, SB# 111712
  E-Mail: klein@lbbslaw.com
JANELLE F. GARCHIE, SB# 118453
  E-Mail: garchie@lbbslaw.com
KRISTIN P. KYLE de BAUTISTA, SB# 221750
  E-Mail: kyledebautista@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
650 West "C" Street, Suite 800
San Diego, California 92101
Telephone: (619) 233-1006
Facsimile: (619) 233-8627

Attorneys for HEALTH NET OF CALIFORNIA, INC.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDA SUSSMAN, <br><br> Plaintiff, <br><br> v. <br><br> ARMELIA SANI, M.D., SHILEY EYE CENTER, UCSD MEDICAL CENTER, REGENTS OF THE UNIVERSITY OF CALIFORNIA, HEALTH NET, INC., HEALTH NET SENIORITY PLUS, LINDA BEACH, HAIDEE GUTIERREZ, and DOES 1 through 40, inclusive, <br><br> Defendants. | CASE NO. 08 CV 0392 H BLM <br><br> Honorable Marilyn L. Huff <br> Action Removed: March 3, 2008 <br><br> **JOINT MOTION AND STIPULATION TO CONTINUE HEARING DATES** |

TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

The parties hereto, by and through their respective counsel of record, hereby stipulate to continue the hearing of defendant Health Net of California, Inc.'s Motion to Dismiss and plaintiff Freda Sussman's Motion to Remand to April 21, 2008 at 10:30 in Courtroom 13 of the above-entitled court.

| | | |
|---|---|---|
| 1 | DATED: March ___, 2008 | HAYWORTH & SUSSMAN |
| 2 | | |
| 3 | | By_____<br>NANCY SUSSMAN |
| 4 | | Attorneys for Plaintiff Freda Sussman |
| 5 | | |
| 6 | DATED: March 17, 2008 | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| 7 | | |
| 8 | | By_____<br>RICHARD B. WOLF |
| 9 | | ELISE D. KLEIN<br>JANELLE F. GARCHIE |
| 10 | | KRISTIN P. KYLE de BAUTISTA |
| 11 | | Attorneys for Defendant Health Net of<br>California, Inc. |

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

4852-3342-1314.1

-2-

STIPULATION TO CONTINUE HEARING DATES AND [PROPOSED] ORDER

03/17/2008 11:33 6192344889 NANCY SUSSMAN PAGE 03
Mar-17-08 11:42am From-Lewis brisbois bisgaard & smith +213 2507800 T-282 P.003/004 F-344
Case 3:08-cv-00392-H-BLM Document 6 Filed 03/17/2008 Page 3 of 5

| | | |
|---|---|---|
| 1 | DATED: March 17, 2008 | HAYWORTH & SUSSMAN |
| 2 | | |
| 3 | | By _____ |
| 4 | | NANCY SUSSMAN |
| | | Attorneys for Plaintiff Freda Sussman |
| 5 | | |
| 6 | DATED: March ___, 2008 | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| 7 | | |
| 8 | | By _____ |
| 9 | | RICHARD B. WOLF |
| | | ELISE D. KLEIN |
| 10 | | JANELLE F. GARCHIE |
| | | KRISTIN P. KYLE de BAUTISTA |
| 11 | | Attorneys for Defendant Health Net of California, Inc. |

4852-3342-1314.1

-2-

STIPULATION TO CONTINUE HEARING DATES AND [PROPOSED] ORDER

**FEDERAL COURT PROOF OF SERVICE**
Freda Sussman v. Health Net of California, Inc. - File No. 25713-217

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 221 North Figueroa Street, Suite 1200, Los Angeles, California 90012. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On March 17, 2008, I served the following document(s): **JOINT MOTION AND STIPULATION TO CONTINUE HEARING DATES.**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable): **SEE ATTACHED SERVICE LIST.**

The documents were served by the following means:

[X]   (BY U.S. MAIL)  I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and I deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on March 17, 2008, at Los Angeles, California.

_____
MARCIA COX

4816-3654-2466.1

## SERVICE LIST

Nancy Sussman, Esq.
**HAYWORTH & SUSSMAN**
1901 First Avenue, Suite 220
San Diego, CA 92101
Tel: (619) 231-1215
Attorneys for Plaintiff, *FREDA SUSSMAN*

Thor O. Emblem, Esq.
**LAW OFFICES OF THOR EMBLEM**
205 West Fifth Avenue
Suite 105
Escondido, CA 92025
Tel: (760) 738-9301
Attorneys for Plaintiff, *FREDA SUSSMAN*

Lisa Iulianelli, Esq.
**CARROLL, KELLY, TROTTER, FRANZEN & McKENNA**
P. O. Box 22636
Long Beach, CA 90801-5636
Attorneys for Defendants, *ARMELIA SANI, M.D., SHILEY EYE CENTER UCSD MEDICAL CENTER, REGENTS OF THE UNIVERSITY OF CALIFORNIA, LINDA BEACH, HAIDEE GUTIERREZ*

4816-3654-2466.1