```
1  Nancy Sussman SBN108689
   HAYWORTH AND SUSSMAN
2  1901 First Avenue, Suite 220
   San Diego, CA 92101
3  Telephone: (619) 231-1215

4  Thor O. Emblem SBN 141880
   Law Office of Thor Emblem
5  205 West Fifth Ave., Suite 105
   Escondido, CA 92025
6  Telephone: (760)738-9301

7  Attorneys for Plaintiff
```

FILED
08 MAR 17 AM 11:10
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: CP        DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDA SUSSMAN, | Case No. 08CV392 H BLM |
| Plaintiff, | NOTICE OF MOTION AND MOTION TO REMAND |
| v. | [28 U.S.C. 1447(c)] |
| ARMELIA SANI, M.D., SHILEY EYE CENTER, UCSD MEDICAL CENTER, REGENTS OF THE UNIVERSITY OF CALIFORNIA, HEALTH NET OF CALIFORNIA, INC., HEALTH NET SENIORITY PLUS, LINDA BEACH, HAIDEE GUTIERREZ, | Date: 4/14/08<br>Time: 10:30 a.m.<br>Dept. 13<br>Magistrate: Barbara Major |
| DOES 1 through 40, inclusive, | |
| Defendants | |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that at 10:30 a.m. on April 14, 2008 or as soon thereafter as possible Plaintiff FREDA SUSSMAN's Motion to Remand her case to California State Court will be heard in Department 13 of the United States Court located at 940 Front St. San Diego, CA

92101. The motion will be based upon the fact that the Federal Court has no jurisdiction over this case.

### Relief Desired

Plaintiff moves the Court for order remanding this cause to the Superior Court of California, San Diego County, the Court from which it was improperly and improvidently removed on April 14, 2008 at 10:30 AM in Court Room 13.

### Grounds for Motion

Plaintiff is entitled to a remand of this action because, as is more fully explained in the Supporting Memorandum of Points and Authorities:

1. Removal was improper in that this court lacks subject matter jurisdiction over this matter.
2. In particular, removal was improper because the complaint does not present a claim or right arising under the Constitution, treaties, or laws of the United States. The matter involves a claim for bad faith insurance practices, fraud, and unfair business practices. This claim is grounded solely in the common law and statutes of the State of California.
3. This Motion to Remand is timely because it is made within 30 days after the filing of the Notice of Removal in the district court.

### Record for Motion

The motion is based on this document, the Notice of Motion, the Certificate of Service, the Supporting Memorandum of Law, all of the papers and records on file in this action, and on whatever argument and evidence the parties may offer at the hearing of this motion.

Dated: 3/13/08

Respectfully Submitted:
HAYWORTH AND SUSSMAN

Nancy Sussman,
Attorney for Plaintiff

2

Case No. 08CV392