1

2

3

4

5

6

7

8           UNITED STATES DISTRICT COURT

9          SOUTHERN DISTRICT OF CALIFORNIA

10

11  FREDA SUSSMAN,                    ) CASE NO. 08-CV-0392 H (BLM)
                                      )
12           Plaintiff,              ) Honorable Marilyn L. Huff
                                      ) Action Removed: March 3, 2008
13       v.                          )
                                      ) **ORDER GRANTING JOINT**
14  ARMELIA SANI, M.D., SHILEY EYE   ) **MOTION TO CONTINUE HEARING**
    CENTER, UCSD MEDICAL CENTER,     ) **DATES**
15  REGENTS OF THE UNIVERSITY OF     )
    CALIFORNIA, HEALTH NET, INC.,    ) [Doc. No. 6.]
16  HEALTH NET SENIORITY PLUS,       )
    LINDA BEACH, HAIDEE              )
17  GUTIERREZ, and DOES 1 through 40,)
    inclusive,                       )
18                                    )
             Defendants.             )
19                                    )
                                      )
20  _____)

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

ORDER RE: JOINT MOTION AND STIPULATION TO CONTINUE HEARING DATES

## ORDER

The parties having stipulated thereto, it is hereby ordered that the hearing on Defendant Health Net of California, Inc.'s Motion to Dismiss Plaintiff's Complaint Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), see Doc. No. 4, currently set to be heard on April 7, 2008 is continued to April 21, 2008 at 10:30 a.m. in Courtroom 13. The hearing on Plaintiff Freda Sussman's Motion to Remand the Action to State Court, see Doc. No. 7, is also continued to April 21, 2008 at 10:30 a.m. in Courtroom 13.

The parties shall comply with Federal and Local Rules of Civil Procedure with respect to the deadlines for the filing of all opposition and reply briefs.

IT IS SO ORDERED.

DATED: March 19, 2008

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

ORDER RE: JOINT MOTION AND STIPULATION TO CONTINUE HEARING DATES