1  Nancy Sussman SBN108689
   HAYWORTH AND SUSSMAN
2  1901 First Avenue, Suite 220
   San Diego, CA 92101
3  Telephone: (619) 231-1215

4  Thor O. Emblem SBN 141880
   Law Office of Thor Emblem
5  205 West Fifth Ave., Suite 105
   Escondido, CA 92025
6  Telephone: (760)738-9301

7  Attorneys for Plaintiff

8

FILED
08 MAR 17 AM 11:10
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

9            UNITED STATES DISTRICT COURT

10           SOUTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12  FREDA SUSSMAN, | Case No. 08CV392 H BLM |
| 13  Plaintiff, | DECLARATION OF NANCY SUSSMAN IN SUPPORT OF EX PARTE MOTION FOR ORDER SHORTENING TIME TO HAVE MOTION TO REMAND HEARD |
| 14 | |
| 15  v. | |
| 16  ARMELIA SANI, M.D., SHILEY EYE CENTER, UCSD MEDICAL CENTER, | |
| 17  REGENTS OF THE UNIVERSITY OF CALIFORNIA, HEALTH NET OF | |
| 18  CALIFORNIA, INC., HEALTH NET SENIORITY PLUS, LINDA BEACH, | Date: 4/14/08 |
| 19  HAIDEE GUTIERREZ, | Time: 10:30 a.m. |
| | Dept. 13 |
| 20  DOES 1 through 40, inclusive, | Magistrate: Barbara Major |
| 21 | |
| 22  Defendants | |

23

24  I, Nancy Sussman, declare:

25  1. I am an attorney duly licensed to practice before this Court and I am one of the attorneys of

26  record for the Plaintiff herein.

27

1

2. The Plaintiff's action was filed in State Court on 11/17/07. Defendant HEALTH NET OF CALIFORNIA, INC. was added as a "Doe" Defendant on 1/30/08. Defendant HEALTH NET OF CALIFORNIA, INC.'s Notice of Removal was filed on March 3, 2008. The Plaintiff's Motion to Remand was timely filed on March 13, 2008. Defendant's Motion to Dismiss the Plaintiff's complaint was received by the Plaintiff only two days prior to the filing of Plaintiff's Motion to Remand. The Motion to Dismiss has a hearing date of April 7, 2008. The Plaintiff's position is that the case should be remanded to State Court, not dismissed. If Defendant HEALTH NET OF CALIFORNIA, INC.'s Motion to Dismiss is heard before the Plaintiff's Motion to Remand, the Plaintiff will be severely detrimented. Insofar as the Motion to Remand must be determined before the Motion to Dismiss, the Plaintiff requests this court to schedule the Plaintiff's motion to remand for April 7, 2008 to be heard concurrently with the Defendant's Motion to Dismiss.

3. In the alternative, the plaintiff requests that ths court move the hearing date of April 7, 2008 on the Defendant's motion to dismiss to April 14, 2008 at 10:30 a.m. to be heard concurrently with the Plaintiff's Motion to Remand. The Court has the right to extend the time in which a motion is heard. FRCP 6(b).

I declare under penalty of perjury that the foregoing is correct.

Dated: 3/13/08

Respectfully Submitted:

HAYWORTH AND SUSSMAN

Nancy Sussman,
Attorney for Plaintiff

2

Case No. 08CV392