FILED
08 MAR 17 AM 11:11
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY:  CP  DEPUTY

1 Nancy Sussman SBN108689
HAYWORTH AND SUSSMAN
2 1901 First Avenue, Suite 220
San Diego, CA 92101
3 Telephone: (619) 231-1215

4 Thor O. Emblem SBN 141880
Law Office of Thor Emblem
5 205 West Fifth Ave., Suite 105
Escondido, CA 92025
6 Telephone: (760)738-9301

7 Attorneys for Plaintiff

8

9            UNITED STATES DISTRICT COURT

10              SOUTHERN DISTRICT OF CALIFORNIA

11

12 FREDA SUSSMAN,                    ) Case No. 08CV392 H BLM
                                     )
13        Plaintiff,                 )
                                     ) MEMORANDUM OF POINTS AND
14                                   ) AUTHORITIES IN SUPPORT OF EX
                                     ) PARTE MOTION FOR ORDER
15   v.                              ) SHORTENING TIME TO HAVE MOTION
                                     ) TO REMAND HEARD
16 ARMELIA SANI, M.D., SHILEY EYE    )
   CENTER, UCSD MEDICAL CENTER,      )
17 REGENTS OF THE UNIVERSITY OF      )
   CALIFORNIA, HEALTH NET OF         )
18 CALIFORNIA, INC., HEALTH NET      )
   SENIORITY PLUS, LINDA BEACH,      )
19 HAIDEE GUTIERREZ,                 )
                                     ) Date: 4/14/08
20                                   ) Time: 10:30 a.m.
   DOES 1 through 40, inclusive,     ) Dept. 13
21                                   ) Magistrate: Barbara Major
                                     )
22 Defendants                        )

23

24                              I.

25   **THE COURT HAS THE RIGHT TO SHORTEN TIME IN WHICH TO HAVE A
                              MOTION HEARD**

26     For good cause, the Court may shorten the time in which a motion may be heard. FRCP

27

6(d). Good cause for such an order is when a party may suffer irreparable injury if her opposition may not be timely heard. FRCP 65; U.S. v. Fitch (9th Cir. 1973) 472 F. 2d. 548,9. The court should grant the motion if the moving party has acted diligently. See, e.g., Mission Power Engineering Co. v. Continental Ins. Co. (CD Cal 1995) 883 F. Supp. 488,92.

The Plaintiff's action was filed in State court on 11/17/07. Defendant HEALTH NET OF CALIFORNIA, INC.'s Notice of Removal was filed on March 3, 2008. The Plaintiff's Motion to Remand was timely filed on March 13, 2008. Two days prior to Plaintiff's Motion to Remand being filed, Defendant HEALTH NET OF CALIFORNIA, INC.'s Motion to Dismiss the Plaintiff's Complaint was received by the Plaintiff. Defendant HEALTH NET OF CALIFORNIA, INC.'s Motion to Dismiss has a hearing date of April 7, 2008. The Plaintiff's position is that the case should be remanded to State Court, not dismissed. Insofar as the Plaintiff's Motion to Remand must be determined before Defendant HEALTH NET OF CALIFORNIA, INC.'s Motion to Dismiss, the Plaintiff requests this Court to schedule the Plaintiff's Motion to Remand for April 7, 2008 to be heard concurrently with Defendant HEALTH NET OF CALIFORNIA, INC.'s Motion to Dismiss.

In the alternative, the plaintiff requests that ths court move the hearing date of April 7, 2008 on the Defendant HEALTH NET OF CALIFORNIA, INC.'s Motion to Dismiss to April 14, 2008 at 10:30 a.m. to be heard concurrently with the plaintiff's motion to remand. The Court has the right to extend the time in which a motion is heard. FRCP 6(b).

Dated: 3/13/08

Respectfully Submitted:

HAYWORTH AND SUSSMAN

Nancy Sussman,
Attorney for Plaintiff

2

Case No. 08CV392