# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

**FILED MAR 17 2008**
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| Sussman, Plaintiff<br>vs<br>Sani et al, Defendant | Case Number: 08cv392 H BLM<br><br>**NOTICE OF NONCOMPLIANCE WITH LOCAL RULE 5.4(a) MANDATORY ELECTRONIC FILING** |

Document Submitted: Order on Ex Parte Motion for Order Shortening Time to Have Motion to Remand Heard; Memorandum of Points and Authorities in Support of Ex Parte Motion for Order Shortening Time to Have Motion to Remand Heard; Ex Parte Application for Order Shortening Time to Have Motion to Remand Heard; Notice of Motion and Motion to Remand; Declaration of Nancy Sussman in Support of Ex Parte Motion for Order Shortening Time to Have Motion to Remand Heard; Memorandum of Points and Authorities in Support of Motion to Remand Case to State Court; Declaration of Service

Filed by Attorney: Nancy Sussman

The document(s) listed above were not submitted electronically and therefore do not comply with Local Rule 5.4(a).

L.R. 5.4(a) - Except as proscribed by local rule, order or other procedure, the court has designated all cases to be assigned to the Electronic Filing System. Unless otherwise expressly provided in the Court's Electronic Case Filing Administrative Policies and Procedures Manual, the Court's Local Rules, or in the exceptional circumstances preventing a registered user from filing electronically, as of November 1, 2006 all petitions, motions, memoranda of law, or other pleadings and documents required to be filed with the court by a registered user in connection with a case assigned to the Electronic Filing System shall be electronically filed.

A copy of this notice has been provided to counsel of record for this party.

**\*\*Counsel must register for CM/ECF on the court's web site, www.casd.uscourts.gov, within 5 business days of receipt of this notice.**

1 | Please take notice, further documents submitted that do not comply with this rule will be submitted to the Court on a discrepancy order.

Date:3/17/2008

W. Samuel Hamrick, Clerk of Court

By,/s/C Puttmann Deputy Clerk