# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

TABLE OF CONTENTS & AUTHORITIES

IN SUPPORT OF

PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS

*Sussman v. Health Net of California, Inc.*

Federal Case No. 08 CV 0392

| No. | Description | Page |
|---|---|---|
|  | TABLE OF AUTHORITIES | ii-iii |
| I. | FACTS | 1-5 |
| II. | LEGAL ARGUMENT | 5-15 |
|  | A. The Defendant's jurisdictional attack should be rejected | 5-6 |
|  | B. The Plaintiff's Claims are not Pre-empted | 6-15 |
|  | CONCLUSION | 15 |

| No. | **TABLE OF AUTHORITIES** | Page |
|---|---|---|
|  | **FEDERAL CASES** |  |
| 1. | <u>Bolden v. Healthspring of Alabama Inc.</u><br>2007 U.S. Dist. LEXIS 77950 (S.D. Ala. 2007) | 9 |
| 2. | <u>Clay v. Permanente Medical Group</u><br>2007 WL 4374273 (N.D. Cal. 2007) | 12 |
| 3. | <u>Dial v. Healthspring of Alabama Inc.</u><br>501 Fed. Supp. 2d 1348 (S.D. Ala. 2007) | 9 |
| 4. | <u>Drissi v. Kaiser Foundation Hospitals, Inc.</u><br>2008 WL 54382 (N.D. 2007) | 12 |
| 5. | <u>Harris v. Pacificare Life & Health Ins. Co., et al.,</u><br>Civil Action 2:06-956-ID, 2007 U.S. Dist. LEXIS 73383 (M.D. Ala., 2007) | 10 |
| 6. | <u>Lassiter v. Pacificare Life & Health Ins. Co.</u><br>2007 US Dist LEXIS 91970 (M.D. Ala. 2007) | 11 |
| 7. | <u>In re; Lipron Mfg. & Sales Practices Litig.</u><br>295 Fed Supp 2d 148,78 (2003) | 9 |
| 8. | <u>Masey v. Humana, Inc.</u><br>2007 US Dist. LEXIS 63556 (M.D. Fla. 2007) | 9 |
| 9. | <u>Safe Air v. Meyer</u><br>373 Fed 3d 1035 (9th Cir. 2004) | 5 |
| 10. | <u>Williams v. Viva Health Ins. Co.</u><br>2008 US Dist. LEXIS 5639 (S.D. Ala. 2008) | 10 |
|  | **STATE CASES** |  |
| 1. | <u>Love v. Fire Ins. Exch.</u><br>221 Cal App 3d 1136, 49 (1990) | 12 |
| 2. | <u>McCall v. Pacificare of California</u><br>25 Cal 4th 412 (2001) | 6 |

| | | |
|---|---|---|
| 3. | Prudential Ins. Co. of Am. v. Superior Court<br>98 Cal App 4th 585,605 (2002) | 12 |
| 4. | Zolezzi v. Pacificare of California<br>105 Cal App 4th 573 (2003) | 8 |

| TABLE OF AUTHORITIES | | |
|---|---|---|
| **No.** | **Statute** | **Page** |
| 1. | California Business and Professions Code § 17200 et seq | 9 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28