UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

DECLARATION OF SERVICE VIA US MAIL

*SUSSMAN V. HEALTH NET OF CALIFORNIA, INC, et al*
**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA COURT CASE NO:** 08 CV 0392

I, the undersigned, declare that: I am over the age of 18 years and not a party to the within action. I am employed in the County of San Diego, State of California, where the within mailing or other method of service occurs, and my business address is 1901 First Avenue, Suite 220, San Diego, California 92101

On APRIL 3, 2008 I served the foregoing document described as follows:

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF OPPOSITION TO DISMISS**

On:
**SEE ATTACHED SERVICE LIST**

___X___ **U.S. MAIL**, by placing a true copy thereof in a separate sealed envelope for each addressee named above, addressed to each such addressee, respectively, and I then sealed each envelope and, with the postage thereon fully prepaid, placed it for mailing and deposit in the United States Postal Service in accordance with our business' practice on 4/3/2008, at San Diego, California. I am readily familiar with our business practice for collection and processing of correspondence for mailing with the United States Postal Service; and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business.

David E. Lizarraga

1

Case No. 08CV0392

**SERVICE LIST:**

Thor Emblem, Esq.
Law Offices of Thor O. Emblem
205 W. 5th Street, Suite 105
Escondido, CA 92025

Lisa Iulianelli, Esq.
Carroll, Kelly, Trotter, Franzen &McKenna
PO Box 22636
Long Beach, CA 90801-5636
For Defendants: Dr Sani, Shiley Eye Center, UCSD Medical Center, Regents of University of California, Linda Beach, and Haidee Gutierrez

Elise Klein, Esq.
Lewis Brisbois Bisgaard & Smith
221 North Figueroa Street
Suite 1200
Los Angeles, CA 90012-2601
For Defendant: Health Net of California

2

Case No. 08CV0392