# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDA SUSSMAN,<br><br>      Plaintiff,<br>vs.<br>ARMELIA SANI, et al.,<br><br>      Defendants. | CASE NO. 08-CV-0392-H (BLM)<br><br>ORDER TO SHOW CAUSE REGARDING REMOVAL |

On March 3, 2008, defendant Health Net of California, Inc. ("Health Net") removed this action from San Diego County Superior Court on the basis of federal question jurisdiction. (Doc. No. 1.) On March 10, 2008, Health Net filed a motion to dismiss the case under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). (Doc. No. 4.) On March 17, 2008, Plaintiff filed a motion to remand, arguing that there is no federal question jurisdiction. Both motions are currently set for a hearing on April 21, 2008 at 10:30 a.m. (See Doc. No. 8.)

The Court notes that not all defendants joined in the removal. Ordinarily, all named defendants must join in removal, unless a defendant has not yet been properly served. Emrich v. Touche Ross & Co., 846 F.2d 1190, 1193 n.1 (9th Cir. 1988). Here, Health Net was the only defendant to sign the notice of removal, and there are several other named parties. None of the other parties has appeared following the notice of removal. Only three of the eleven causes of action are directed against Health Net.

1   On or before **April 17, 2008**, the parties shall submit supplemental briefs addressing the Court's concern over the joinder of all defendants in removing the action.

IT IS SO ORDERED.

DATED: April 11, 2008

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MARILYN L. HUFF, District Judge
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

COPIES TO:
All parties of record.