RICHARD B. WOLF, SB# 046173
E-Mail: rwolf@lbbslaw.com
ELISE D. KLEIN, SB# 111712
E-Mail: klein@lbbslaw.com
JANELLE F. GARCHIE, SB# 118453
E-Mail: garchie@lbbslaw.com
KRISTIN P. KYLE de BAUTISTA, SB# 221750
E-Mail: kyledebautista@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
650 West "C" Street, Suite 800
San Diego, California 92101
Telephone: (619) 233-1006
Facsimile: (619) 233-8627

Attorneys for HEALTH NET OF CALIFORNIA, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDA SUSSMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ARMELIA SANI, M.D., SHILEY EYE CENTER, UCSD MEDICAL CENTER, REGENTS OF THE UNIVERSITY OF CALIFORNIA, HEALTH NET, INC., HEALTH NET SENIORITY PLUS, LINDA BEACH, HAIDEE GUTIERREZ, and DOES 1 through 40, inclusive,<br><br>　　　　Defendants. | CASE NO. 08 CV 0392 H BLM<br><br>Honorable Marilyn L. Huff<br>Action Removed: March 3, 2008<br><br>**PROOF OF SERVICE FOR:**<br><br>**1. DEFENDANT HEALTH NET OF CALIFORNIA, INC.'S REPLY BRIEF IN SUPPORT OF ITS MOTION TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(1) AND 12(b)(6) and 2. DEFENDANT HEALTH NET OF CALIFORNIA, INC.'S APPENDIX OF UNPUBLISHED FEDERAL AUTHORITIES IN CITED IN ITS REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(1) AND 12(b)(6)**<br><br>[Filed concurrently with Appendix of Unpublished Federal Authority]<br><br>DATE:　April 21, 2008<br>TIME:　10:30 a.m.<br>CTRM:　13 |

**FEDERAL COURT PROOF OF SERVICE**

Sussman v. HN - File No. 25713-217
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 221 North Figueroa Street, Suite 1200, Los Angeles, California 90012. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On April 14, 2008, I served the following document(s): **1. DEFENDANT HEALTH NET OF CALIFORNIA, INC.'S REPLY BRIEF IN SUPPORT OF ITS MOTION TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(1) AND 12(b)(6) and 2. DEFENDANT HEALTH NET OF CALIFORNIA, INC.'S APPENDIX OF UNPUBLISHED FEDERAL AUTHORITIES IN CITED IN ITS REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(1) AND 12(b)(6)**

I served the documents on the following persons at the following addresses:

Nancy Sussman, Esq.
**HAYWORTH & SUSSMAN**
1901 First Avenue, Suite 220
San Diego, CA 92101
Tel: (619) 231-1215
Attorneys for Plaintiff, *FREDA SUSSMAN*

Thor O. Emblem, Esq.
**LAW OFFICES OF THOR EMBLEM**
205 West Fifth Avenue
Suite 105
Escondido, CA 92025
Tel: (760) 738-9301
Attorneys for Plaintiff, *FREDA SUSSMAN*

Lisa Iulianelli, Esq.
**CARROLL, KELLY, TROTTER, FRANZEN & McKENNA**
P. O. Box 22636
Long Beach, CA 90801-5636
Attorneys for Defendants,*ARMELIA SANI, M.D., SHILEY EYE CENTER UCSD MEDICAL CENTER, REGENTS OF THE UNIVERSITY OF CALIFORNIA, LINDA BEACH, HAIDEE GUTIERREZ*

The documents were served by the following means:

[X]  **(BY U.S. MAIL)** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and I deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid, and

[X]  **(BY COURT'S CM/ECF SYSTEM)** Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on April 14, 2008, at Los Angeles, California.

*Irene Miranda*
IRENE MIRANDA

4817-0332-9538.1

-1-

REPLY IN SUPPORT OF MOTION TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(B)(1) AND 12(B)(6)