# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDA SUSSMAN,<br><br>                Plaintiff,<br>vs.<br><br>ARMELIA SANI, et al.,<br><br>                Defendants. | CASE NO. 08-CV-0392-H (BLM)<br><br>ORDER SUBMITTING MOTION TO REMAND AND MOTION TO DISMISS |

A motion to remand and a motion to dismiss are currently pending. (Doc. Nos. 4, 7.) Exercising its discretion under Local Civil Rule 7.1(d)(1), the Court concludes that these motions are suitable for decision without oral argument. Absent a subsequent order to the contrary, the Court will not hold oral argument and will submit these motions upon the completion of briefing, including the supplemental briefs requested by the Court's order of April 11, 2008. (See Doc. No. 14.)

IT IS SO ORDERED.

DATED: April 16, 2008

                                              MARILYN L. HUFF, District Judge
                                              UNITED STATES DISTRICT COURT

COPIES TO:
All parties of record.