1  Nancy Sussman SBN108689
   HAYWORTH AND SUSSMAN
2  1901 First Avenue, Suite 220
   San Diego, CA 92101
3  Telephone: (619) 231-1215

4  Thor O. Emblem SBN 141880
   Law Office of Thor Emblem
5  205 West Fifth Ave., Suite 105
   Escondido, CA 92025
6  Telephone: (760)738-9301

7  Attorneys for Plaintiff

8

9              **UNITED STATES DISTRICT COURT**

10             **SOUTHERN DISTRICT OF CALIFORNIA**

11 | FREDA SUSSMAN,                          ) Case No. 08 CV 0392 H BLM
                                            )
12 | Plaintiff,                             ) PLAINTIFF'S APPENDIX OF
                                            ) UNPUBLISHED FEDERAL AUTHORITY
13 | v.                                     ) IN SUPPORT OF REPLY TO
                                            ) OPPOSITION TO MOTION TO REMAND
14 | ARMELIA SANI, M.D., SHILEY EYE         ) CASE TO STATE COURT
    CENTER, UCSD MEDICAL CENTER,            )
15 | REGENTS OF THE UNIVERSITY OF            )
    CALIFORNIA, HEALTH NET OF               )
16 | CALIFORNIA, INC., HEALTH NET           )
    SENIORITY PLUS, LINDA BEACH,            )
17 | HAIDEE GUTIERREZ,                      )
                                            )
18 | DOES 1 through 40, inclusive,          )
                                            )
19 | Defendants                             ) Date: 4/21/08
                                            ) Time: 10:30 a.m.
20 |                                        ) Dept. 13
                                            ) Magistrate: Barbara Major
21

22

23        Plaintiff Freda Sussman hereby submits the following appendix of unpublished federal

24 authority in her reply brief in support of her Motion to Remand Case to State Court:

25 / / /

26 / / /

27
                                    1
                    APPENDIX OF UNPUBLISHED AUTHORITY

| # | **Authority** | **Exhibit** |
|---|---|---|
| 1 | | |
| 2 | *Williams v. Viva Health, Inc.* | 1 |
| 3 | 2008 U.S. Dist. LEXIS (M.D. Ala. 2008) | |

Dated: April 17, 2008         HAYWORTH AND SUSSMAN

                                                 /S/
                                       Nancy Sussman
                                       Attorney for Plaintiff

# EXHIBIT "1"

APPENDIX OF UNPUBLISHED AUTHORITY